WWR# 07772199

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

In Re: Paul Barile

        Debtor,

Case No. 09-28675
Chapter 7
Hon. John H. Squires

_____/

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE TEN-DAY STAY PURSUANT TO RULE 4001(a)(3)

The Court finding that a Motion for Relief from the Automatic Stay has been filed by Creditor, National City Bank, in the above entitled matter; and

The Court having noted that Creditor National City Bank has complied with applicable provisions of Fed. R. Bankr. P. 9013 & 4001(a)(1), and

The Court having determined that continuation of the automatic stay against Creditor National City Bank would deny it the adequate protection afforded to it on its security interest pursuant to 11 U.S.C. § 361(3);

**IT IS HEREBY ORDERED** that the Motion for Relief from the Automatic Stay as to National City Bank is hereby granted.

**IT IS FURTHER ORDERED** that the Automatic Stay as to National City Bank's lien interest in 2352 RICHMOND DRIVE, WHEATON, IL is lifted and National City Bank is permitted to enforce its security interest and liquidate the property.

**IT IS FURTHER ORDERED** that the ten-day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

**IT IS FURTHER ORDERED** that this Order shall remain valid notwithstanding conversion of this case to any other chapter under the Bankruptcy Code.

Entered: OCT - 2 2009

_____
John H. Squires, Judge
United States Bankruptcy Court

PREVAILING PARTY SHALL FORTHWITH SERVE A COPY OF THIS ORDER ON THE DEBTOR(S) AND ALL PARTIES ENTITLED TO NOTICE.